# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICKEY RICHIE

       Plaintiff

  v.

                                            **Civil Action No.  2:18-cv-396**

KURT WILSON and
K'S CONSTRUCTION SPECIALIST INC

       Defendants

K'S CONSTRUCTION SPECIALIST INC and
KURT WILSON

       Counter Claimants

  v.

MICKEY RICHIE

       Counter Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

**X** Other:  This case is DISMISSED without prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Theresa L. Springmann on a Motion to Dismiss Counterclaims and Withdraw Affirmative Defenses.

DATE: 11/9/2020                        ROBERT N. TRGOVICH, CLERK OF COURT

                                                       by   s/ B. Scheumann_____
                                                         *Signature of Clerk or Deputy Clerk*